RYAN E. HATCH (SBN 235577)
HATCH LAW PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-279-5076
Fax: 310-693-5328
ryan@hatchlaw.com

ALAN D. SEGE (SBN 177350)
Alan Sege, Esq. PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-957-3301
alan@alansege.com

*Attorneys for Plaintiff Actian Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIAN CORPORATION, | CASE NO. 4:22-CV-00895-PJH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPOND TO DEFENDANT RADISYS CORPORATION'S MOTION TO DISMISS FRAUD CLAIM FOR FAILURE TO STATE A CLAIM PURSUANT TO FED.R. CIV. P. 12(B)(6)** |
| v. | |
| RADISYS CORPORATION; ANAM TECHNOLOGIES, LTD, | |
| Defendants. | |

The parties enter the following stipulation, which is supported by the accompanying Declaration of Ryan E. Hatch:

WHEREAS on May 6, Defendant Radisys Corporation filed a Notice of Motion and Motion to Dismiss Fraud Claim for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(B)(6) (Dkt. 21, the "Motion");

WHEREAS, Plaintiff Actian's current deadline to respond to the Motion is May 20, 2022; and

1

Case No. 4:22-cv-00895-PJH

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPOND TO DEFENDANT'S MOTION TO DISMISS FRAUD CLAIM FOR FAILURE TO STATE A CLAIM PURSUANT TO FED.R. CIV. P. 12(B)(6)

1    WHEREAS moving the deadline for Actian to file a response to the Motion by one week will not delay this case, as it will not alter the Motion's hearing date of July 7 or any other deadline.

NOW THEREFORE, it is hereby stipulated and agreed between plaintiff Actian Corporation and defendant Radisys Corporation that the time to file a response to the Motion is extended by one week, from May 20, 2022 to May 27, 2022 and the reply from May 27, 2022 to June 7, 2022.

**IT IS SO STIPULATED.**

DATED: May 20, 2022                           Respectfully submitted,

                By: /s/ *Ryan E. Hatch*
                Ryan E. Hatch (SBN 235577)
                Hatch Law, PC
                13323 Washington Blvd., Suite 302
                Los Angeles, CA 90066
                Tel: 310-435-6374
                ryan@hatchlaw.com

                Alan D. Sege (SBN 177350)
                Alan Sege, Esq. PC
                13323 Washington Blvd., Suite 302
                Los Angeles, CA 90066
                Telephone: 310-957-3301
                alan@alansege.com

*Attorneys for Plaintiff Actian Corporation*

DATED: May 20, 2022           By:_   /s/ Thomas A. Woods
                      THOMAS A. WOODS (SB 210050)
                      Stoel Rives LLP
                      500 Capitol Mall, Suite 1600
                      Sacramento, CA 95814
                      Tel: (916) 447-0700
                      Fax: (916) 447-4781
                      thomas.woods@stoel.com

                      Steven Thomas Lovett (*Pro Hac Vice*)
                      Stoel Rives LLP

2

Case No. 4:22-cv-00895-PJH
STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPOND TO DEFENDANT'S MOTION TO DISMISS FRAUD CLAIM FOR FAILURE TO STATE A CLAIM PURSUANT TO FED.R. CIV. P. 12(B)(6)

760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Tel: 503-224-3380
Fax: 503-220-2480
steve.lovett@stoel.com

Attorneys for Defendant RADISYS CORPORATION

**IT IS SO ORDERED** this 23 day of May, 2022.

_____
The Honorable Phyllis J. Hamilton
United States District Judge

3

Case No. 4:22-cv-00895-PJH
STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPOND TO DEFENDANT'S MOTION TO DISMISS FRAUD CLAIM FOR FAILURE TO STATE A CLAIM PURSUANT TO FED.R. CIV. P. 12(B)(6)