RYAN E. HATCH
California Bar No. 235577
ryan@hatchlaw.com
Hatch Law PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-279-5076

ALAN D. SEGE (SBN 177350)
Alan Sege, Esq. PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-957-3301
alan@alansege.com

*Attorneys for Plaintiff Actian Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIAN CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>RADISYS CORPORATION; ANAM TECHNOLOGIES, LTD.<br><br>    Defendants. | Case Number: 4:22-cv-00895-PJH<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL UPON SETTLEMENT** |

The parties to the action, by their counsel, have advised the Court that they have agreed to a settlement in principle and have signed a settlement agreement, but require a brief amount of additional time to complete payment and otherwise satisfy the terms of settlement.

IT IS HEREBY ORDERED that this matter is dismissed WITHOUT PREJUDICE, provided, however, that if any party certifies to this Court within 45-days from the date hereof that the agreed consideration for the settlement has not been delivered, the foregoing order shall be vacated and the case will be set for a case

1  management conference and to the extent practicable, the trial date of August 14,
2  2023 shall forthwith be restored to the calendar for further proceedings.

3
4  **IT IS ORDERED**.

5   Dated:  December 15, 2022

6
7  _____
   UNITED STATES DISTRICT JUDGE
8  PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*